COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:    Ernest C. Adimore-Nweke v. The State of Texas

Appellate case number:    01-20-00012-CR

Trial court case number:    2233595

Trial court:    County Criminal Court at Law No. 15 of Harris County

and

Appellate case name:    Ernest C. Adimore-Nweke v. The State of Texas

Appellate case number:    1-20-00014-CR

Trial court case number:    2233594

Trial court:    County Criminal Court at Law No. 15 of Harris County

Appellant, Ernest Adimore-Nweke, has filed opposed motions (1) to consolidate its appeals against the State of Texas, (2) to allow appellant to file a single brief for both appeals, and (3) to allow the single brief for both appeals to exceed the prescribed length in Texas Rule of Civil Procedure 9.4(i). The motions are **denied.**

This order does not preclude counsel from filing a motion to exceed the prescribed brief limit, if necessary, in either appeal. TEX. R. APP. P. 9.4(i)(4).

It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
                    Acting individually

Date: January 16, 2020